# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

November 14, 2014

SCOTT M. MORSE, SR.

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO Spokane

BRANCH OFFICES

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

The Honorable John T. Rodgers
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue, 7th Floor
Spokane, WA 99201-1010

**RE:** SIMONS, Donovan
**DOCKET NO.:** 2:14PO00340-JTR-1
**CURRENT LOCATION:** Unknown
**VIOLATION REPORT/**
**REQUEST FOR WARRANT**

Dear Judge Rodgers:

On November 6, 2014, the defendant appeared in custody before Your Honor for the purpose of an initial appearance. The defendant was ordered released and placed on pretrial release supervision.

The purpose of this letter is to notify the Court of alleged violations of pretrial release supervision.

**Condition #2:** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Violation #1:** On or about November 7, 2014, the defendant failed to report a change in residence.

SIMONS, Donovan
November 14, 2014
Page 2

**Condition 6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Violation #2:** The defendant failed to report on or about November 7, 2014.

**SUPPORTING EVIDENCE:**

On November 6, 2014, the defendant was ordered released and placed on pretrial release supervision. After the hearing, the USPO met with the defendant. He was provided a business card for the undersigned officer and directed to report by 11:00 a.m. the following day. The reporting instructions were written on the business card that was provided to the defendant.

The defendant advised he planned on staying at the Veterans Affairs (VA) Medical Center. He stated that is where he planned on residing, as well as receiving medical treatment. A deputy U.S. marshal advised he would not be allowed to stay at the VA hospital. The defendant was asked if he could stay at the House of Charity. He stated, "yes." He was directed to stay there or call the USPO with his location if that did not work out.

The defendant failed to report on November 7, 2014. On November 10, 2014, the VA Medical Center was contacted. They advised the defendant had not been at their facility since his arrest.

On November 12, 2014, the House of Charity was contacted. They advised the defendant is not currently staying at their facility and he has been banned from there for approximately 3 weeks. The Union Gospel Mission was also contacted. They advised the defendant is not currently staying at their facility, and has not stayed there since August 27, 2014.

The defendant's whereabouts are currently unknown.

SIMONS, Donovan
November 14, 2014
Page 3

Based on the above-noted information this officer respectfully recommends the Court issue a warrant for the defendant's arrest. Should the Court have any further questions, please contact the undersigned officer.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: s/Melissa Hanson        11/14/2014
    Melissa Hanson              Date
    U.S. Probation Officer

Approved By:

s/Matthew L. Thompson    11/14/2014
Matthew L. Thompson       Date
Supervising U.S. Probation Officer

MH:jf

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

JOHN T. RODGERS
U.S. MAGISTRATE JUDGE
11/19/2014

Date