PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Simons, Donovan | Docket No. | 0980 2:14PO00340-JTR-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Donovan Simons, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of November 2014 under the following conditions:

Condition #6: Defendant shall report to the U.S. Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Violation #1: The defendant failed to report on or about December 5, 2014. The defendant has made no contact with the United States Probation Office.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  December 8, 2014 |
| by | s/Charles J. Kuipers |
| | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

December 8, 2014
Date