PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Simons, Donovan | Docket No. | 0980 2:14PO00340-JTR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Stephanie Cherney, pretrial services officer, presenting an official report upon the conduct of defendant Donovan Simons, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 6th day of November 2014, under the following conditions:

**Condition #2:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless defendant first notifies the supervising pretrial services officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On February 27, 2015, a security officer at Riverpark Square was advised the defendant, Donovan Simons, was upstairs in the movie theater area of the mall. The defendant had been permanently trespassed from Riverpark Square due to previous actions.

The security officer made contact with the defendant and advised him that he needed to leave the mall. The defendant stated he was going to leave and started walking with the security officer toward the escalators. The defendant grew visibly upset and began waving his arms around and stopped walking. The security officer told the defendant to leave the mall, and Mr. Simons took a swing at him. The security officer then escorted the defendant to the security office, and the police were called. Mr. Simons was cited for city assault and first degree trespassing, and released.

**Violation #2:** On March 1, 2015, a loss prevention officer for Rite Aid observed the defendant enter the store and recognized him as a person who they had trespassed on January 20, 2015. The defendant attempted to steal items on January 20, 2015, and was trespassed from that Rite Aid, as well as other Rite Aid stores.

On March 1, 2015, the defendant again attempted to steal a soda pop, as well as two other items from Rite Aid. The defendant was detained and the police were called. The defendant was then taken into custody and charged with second degree burglary. The defendant was booked into the Spokane County Jail on March 3, 2015, where he remains.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: March 4, 2015 |
| by | s/Stephanie Cherney |
| | Stephanie Cherney<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

3/4/2015
Date

